**Laura M. GEIS, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE, Respondent.**

No. 01–3254.

United States Court of Appeals, Federal Circuit.

Sept. 20, 2001.

ORDER

Laura M. Geis has failed to respond to the court order of August 29, 2001, requiring her to file an amended Fed. Cir. R. 15(c) statement and a corrected informal brief by September 19, 2001.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The Department of Agriculture's motion to dismiss is granted.

(2) Each side shall bear its own costs.

**Arthur G. MOODY, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 01–3066.

United States Court of Appeals, Federal Circuit.

Sept. 21, 2001.

ON MOTION

ORDER

Upon consideration of the respondent's Motion to Remand to the Merit Systems Protection Board for further proceedings consistent with this court's recent decision in *Alexander v. United States Postal Service,* 264 F.3d 1067 (Fed.Cir.2001),

IT IS ORDERED THAT:

(1) The motion is granted. Each party will bear its own costs.

(2) Oral argument will not take place as originally scheduled in this court on October 5, 2001.